UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


TONY DEANDRE JOHNSON #226296,

          Plaintiff,

                                     File No. 2:08-CV-98

v.

                                     HON. ROBERT HOLMES BELL

PATRICIA CARUSO, et al.,

          Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT**

On June 4, 2008, United States Magistrate Judge Timothy P. Greeley issued a Report

and Recommendation ("R&R") recommending that Plaintiff Tony Deandre Johnson's 42

U.S.C. § 1983 prisoner civil rights complaint be dismissed pursuant to 28 U.S.C.

§§ 1915(e)(2), 1915A(b), and 42 U.S.C. § 1997e(c) for failure to state a claim on which relief

can be granted.  (Dkt. No. 9.)  Plaintiff filed an objection to the R&R on June 16, 2008.

(Dkt. No. 10.)

This Court is required to make a *de novo* determination of those portions of the R&R

to which objection has been made, and may accept, reject, or modify any or all of the

Magistrate Judge's findings or recommendations.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P.

72(b).

The R&R recommends dismissal of Plaintiff's complaint because Plaintiff failed to

allege any specific factual allegations showing that he was actually subjected to conduct which violated his constitutional rights. Although the standard of notice pleading under Rule 8 is liberal, "'in the context of a civil rights claim . . . conclusory allegations of unconstitutional conduct without specific factual allegations fail to state a claim.'" *Harden-Bey v. Rutter*, 524 F.3d 789, 796 (6th Cir. 2008) (quoting *Lillard v. Shelby County Bd. of Educ.*, 76 F.3d 716, 726 (6th Cir. 1996)). Plaintiff has not attempted to cure or even to address the deficiencies of his complaint in his objections. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's objections to the Report and Recommendation of the Magistrate Judge (Dkt. No. 10) are DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation of the Magistrate Judge (Dkt. No. 9) is APPROVED and ADOPTED as the opinion of the Court.

IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that this dismissal shall count as a STRIKE for purposes of 28 U.S.C. § 1915(g).

IT IS FURTHER ORDERED that the Court finds no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3).

Dated: <u>November 24, 2008</u>                     /s/ Robert Holmes Bell
                                                 ROBERT HOLMES BELL
                                                 UNITED STATES DISTRICT JUDGE